UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANDRES CAWARD,<br><br>        Petitioner,<br><br>v.<br><br>TYRELL DAVIS,<br><br>        Respondent. | Case No. 1:26-cv-00073-BLW<br><br>**INITIAL REVIEW ORDER** |

    Petitioner Andres Caward, an inmate in the custody of the Idaho Department of Correction, has filed a Petition for Writ of Habeas Corpus. *See* Dkt. 1. The Court must review each habeas corpus petition upon receipt to determine whether the petition is subject to summary dismissal pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules"). Summary dismissal is appropriate where "it plainly appears from the face of the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Habeas Rule 4.

    Petitioner has not complied with Habeas Rule 2(d), which requires that habeas petitions "substantially follow either the form appended to [the Habeas

Rules] or a form prescribed by a local district-court rule." The Petition is this case does neither.

Accordingly, within 28 days after entry of this Order, Petitioner must file an amended petition complying with Rule 2(d).

## ORDER

**IT IS ORDERED:**

1. Petitioner's Application to Proceed in Forma Pauperis (Dkt. 2) is GRANTED.

2. Petitioner's Motion to Amend (Dkt. 3) is GRANTED IN PART, to the extent that the Court has considered both the Petition and the content of the Motion to Amend in its initial review.

3. Within 28 days after entry of this Order, Petitioner must file an amended petition that complies with Habeas Rule 2(d).

4. The Clerk of Court is directed to provide Petitioner with this Court's form § 2254 petition, and Petitioner is encouraged and expected to use that form to draft any amended petition. If Petitioner does not file a timely amended petition that complies with Rule 2(d), this case may be dismissed without further notice.

5. Because an amended petition is required for Petitioner to proceed, Petitioner's Motion to Appoint Counsel (Dkt. 4) is DENIED without

prejudice. Petitioner may renew the request for counsel in an amended petition.

DATED: March 3, 2026

B. Lynn Winmill
U.S. District Court Judge

INITIAL REVIEW ORDER - 3